UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETSON RESOLUTION GROUP, INC., | Case No. 25-cv-02836-AMO |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** |
| v. | |
| PAUL JERRY BOLLA, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred for random assignment to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

*Rev. 3-20*